# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARION DENNIS MURRAY, SR.,    :

          Plaintiff,    :

        v.        :           Civil Action No. 18-0122 (CKK)

WARDEN GLEN JOHNSON, *et al.*,    :

        Defendants.    :

## MEMORANDUM OPINION

The Court has reviewed the plaintiff's *pro se* complaint, keeping in mind that pleadings filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Nevertheless, *pro se* litigants, too, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint contains no factual allegations whatsoever. Rather, the complaint is an incomprehensible mix of disjointed phrases, legal terms, and partial citations to statutes, case

1

law, and other legal authority. As drafted, the complaint does not comply with Rule 8(a) and it will be dismissed.

An Order is issued separately.

DATE: February 22, 2018

COLLEEN KOLLAR KOTELLY
United States District Court Judge